IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| XIANGYUAN ZHU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-2539-KHV |
| FEDERAL HOUSING FINANCE BOARD, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On September 22, 2006, the court granted the unopposed motion (doc. 279) of the defendant, Federal Home Loan Bank of Topeka ("FHLB"), requesting that the court conduct an *in camera* inspection of the files and records of the Kansas Human Rights Commission pertaining to charges filed by plaintiff, Xiangyuan Zhu against defendant Federal Home Loan Bank of Topeka, KHRC Case No. 26297-02 (EEOC Charge No. 28DA200208)(doc. 280).  The court ordered the KHRC to submit any portion of the investigative file which it believed to be of a deliberative or conciliatory nature or attorney work product of the KHRC's legal staff for *in camera* review.

The court has reviewed the documents submitted by the KHRC and finds that all of the documents submitted are of a deliberative or conciliatory nature or attorney work product and, therefore, are not discoverable.

Copies of this order shall be served on *pro se* plaintiff, all counsel of record, and the KHRC.

IT IS SO ORDERED.

Dated this 3rd day of October, 2006, at Kansas City, Kansas.

        s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge