## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **XIANGYUAN ZHU,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**FEDERAL HOUSING FINANCE BOARD,** )<br>**et al.,** )<br>)<br>**Defendants.** )<br>_____) | **Case No. 04-2539-KHV** |

## **ORDER**

On February 22, 2007, the Court ordered plaintiff on or before March 2, 2007 to file a second amended complaint in compliance with Judge James O'Hara's order of August 10, 2006.[1] Doc. #410 at 7. The Court warned plaintiff that if she did not comply with the order, "her case will be dismissed with prejudice without further notice." Id.

The Court's docket currently reflects that plaintiff filed a second amended complaint on Friday, March 2, 2007 which was not docketed until March 7, 2007. See Doc. #433. The Court has determined that there may be procedural irregularities in the filing of the second amended complaint. The Court will therefore hold a hearing on Friday, March 23, 2007 at 9:30 a.m. to address the circumstances of the filing of the second amended complaint. The Court will ensure that Court personnel with knowledge pertaining to the filing will be available to testify. The parties will be have the opportunity to present evidence as well.

---

[1] The Court has set out a detailed description of the case proceedings in the Memorandum And Order (Doc. #186) filed September 22, 2005, and the Order (Doc. #410) filed February 22, 2007.

**The parties are ordered to appear on Friday, March 23, 2007 at 9:30 a.m. in Courtroom 476, Robert J. Dole United States Courthouse, 500 State Avenue, Kansas City, Kansas.**

**IT IS SO ORDERED**.

Dated this 20th day of March, 2007 at Kansas City, Kansas.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge
